Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  14–18292–SLM
    Chapter:  13
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sima Farid
   aka Sima M Fario, aka Sima M Farrid
   133 Huemmer Terr
   Clifton, NJ 07013

Social Security No.:
   xxx–xx–3796

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/2/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 2, 2017
JAN: axg

    Jeanne Naughton
    Clerk

```
                                   United States Bankruptcy Court
                                        District of New Jersey
In re:                                                                                   Case No. 14-18292-SLM
Sima Farid                                                                               Chapter 13
         Debtor
                                           CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2                   Date Rcvd: Feb 02, 2017
                               Form ID: 148                Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
db             +Sima Farid,    133 Huemmer Terr,    Clifton, NJ 07013-3300
aty           #+Nudelman, Klemm & Golub,    425 Eagle Rock Avenue,    Suite 403,    Roseland, NJ 07068-1787
cr             +Specialized Loan Servicing LLC, as servicing agent,     C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
514743020      +American Express Bank FSB,    c/o Zwicker & Associates,    1101 Laurel Oak Road, Suite 130,
                 Voorhees, NJ 08043-4322
514743022      +Bloomfield College,    467 Franklin St,    Bloomfield, NJ 07003-3494
514743027      +Eos Cca,   700 Longwater Dr,    Norwell, MA 02061-1624
514908341      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
514788846       Granite State Management & Resources,    PO Box 3420,    Concord, NH 03302-3420
514743032       Imaging Consultants of Essex,    PO Box 371863,    Pittsburgh, PA 15250-7863
514743036       Knowledge Universe,    PO Box 6760,    Portland, OR 97228-6760
514743037      +Larry Thompson,    1230 Farrell Terrace,    Rahway, NJ 07065-2729
514743040       MCS Claim Services, Inc,    123 Frost St, Ste 150,    Westbury, NY 11590-5027
514743038       Marauder Corporation,    74923 Highway 111,    Indian Wells, CA 92210
514743039      +McCabe Weisberg & Conway,    216 Haddon Avenue, Suite 600,    Collingswood, NJ 08108-2814
515027735      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
514743043      +New Jersey Anesthesia Group PA,    703 Main St,    Paterson, NJ 07503-2621
514743044      +Nhhelc/gsm&r,   Po Box 3420,    Concord, NH 03302-3420
514807566      +OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
514743048       Point View Radiology Associates,    PO Box 9132,    Brookline, MA 02446-9132
514743049       Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
514884344      +SPECIALIZED LOAN SERVICING, LLC,    8742 LUCENT BLVD SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129-2386
514884345      +SPECIALIZED LOAN SERVICING, LLC,    8742 LUCENT BLVD SUITE 300,
                 HIGHLANDS RANCH, COLORADO 80129,    SPECIALIZED LOAN SERVICING, LLC,
                 8742 LUCENT BLVD SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386
514916792     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,     Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
514743051       Saint Bannabas Outpatient Centers,    PO Box 28269,    New York, NY 10087-8269
514743053      +St Joseph’s Regional Medical Center,    703 Main St,    Paterson, NJ 07503-2621
514743055       State of New Jersey,    PO Box 245,    Trenton, NJ 08602-0245
514743057      +Unifund CCR,    c/o Nudelman, Klemm & Golub,    425 Eagle Rock Ave, Ste 403,
                 Roseland, NJ 07068-1717
514743058      +vanGeldersen Services, Inc,    146 Red Schoolhouse Rd,    Spring Valley, NY 10977-7050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2017 23:04:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2017 23:04:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514803891      +EDI: JEFFERSONCAP.COM Feb 02 2017 22:43:00      Ais Services, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
514768719       EDI: AIS.COM Feb 02 2017 22:43:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
514743021       EDI: BANKAMER.COM Feb 02 2017 22:43:00      Bank Of America,    4060 Ogletown/Stanton Rd,
                 Newark, DE 19713
514743023      +E-mail/Text: bankruptcy@cavps.com Feb 02 2017 23:05:00      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
514800665      +E-mail/Text: bankruptcy@cavps.com Feb 02 2017 23:05:00      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514878138      +EDI: JEFFERSONCAP.COM Feb 02 2017 22:43:00      Collecto Us Asset Managemnt, Inc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
514743024      +EDI: CCS.COM Feb 02 2017 22:43:00      Credit Collection Services,    Two Wells Ave,,
                 Newton Center, MA 02459-3246
514743025       E-mail/Text: bknotice@erccollections.com Feb 02 2017 23:04:48
                 Enhanced Recovery Company, LLC,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
514743026      +E-mail/Text: bknotice@erccollections.com Feb 02 2017 23:04:48      Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
514743028      +EDI: AMINFOFP.COM Feb 02 2017 22:43:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
514743030       EDI: HFC.COM Feb 02 2017 22:43:00      HSBC Card Services,    PO Box 80084,
                 Salinas, CA 93912-0084
514743029       EDI: RMSC.COM Feb 02 2017 22:43:00      Home Shopping Network,    PO Box 981064,
                 El Paso, TX 79998-1064
514743031       EDI: IIC9.COM Feb 02 2017 22:43:00      IC System, Inc,    PO Box 64437,
                 Saint Paul, MN 55164-0437
514743033      +E-mail/Text: EBN_Notifications@OWB.com Feb 02 2017 23:04:40      IndyMac Bank/OneWest Bank,
                 Attn:Bankruptcy Department,    2900 Esperanza Crossing,    Austin, TX 78758-3658
```

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Feb 02, 2017
                               Form ID: 148             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
514743034       +EDI: IRS.COM Feb 02 2017 22:43:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
514743035        EDI: JEFFERSONCAP.COM Feb 02 2017 22:43:00      Jefferson Capital Systems,    16 McLeland Rd,
                 Saint Cloud, MN 56303
514743041       +EDI: MID8.COM Feb 02 2017 22:43:00      Midland Funding,    8875 Aero Dr,
                 San Diego, CA 92123-2255
514743042       +E-mail/PDF: bankruptcy@ncfsi.com Feb 02 2017 23:00:44      New Century Financial,
                 110 S. Jefferson Rd.,    Suite 104,    Whippany, NJ 07981-1038
514743046        E-mail/Text: bankruptcy@optimarecoveryservices.com Feb 02 2017 23:04:56
                 Optima Recovery Services, LLC,    PO Box 52968,    Knoxville, TN 37950-2968
514743047        E-mail/Text: bankruptcypgl@plaingreenloans.com Feb 02 2017 23:05:09      Plain Green,
                 93 Mack Rd, Ste 600,    Box Elder, MT 59521
514941038       +E-mail/Text: csidl@sbcglobal.net Feb 02 2017 23:05:06      Premier BankCard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
514743050       +EDI: RMCB.COM Feb 02 2017 22:43:00      Retrieval Masters Creditors Bureau, Inc,
                 4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-1616
514790228       +EDI: DRIV.COM Feb 02 2017 22:43:00      Santander Consumer USA,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
514743052       +EDI: DRIV.COM Feb 02 2017 22:43:00      Santander Consumer Usa,    Po Box 961245,
                 Ft Worth, TX 76161-0244
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514743045*      +Nhhelc/gsm&r,    Po Box 3420,    Concord, NH 03302-3420
514743054*      +St Joseph's Regional Medical Center,    703 Main St,    Paterson, NJ 07503-2621
514743056*       State of New Jersey,    PO Box 245,    Trenton, NJ 08602-0245
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:
```
              Carl E. Zapffe    on behalf of Attorney    Nudelman, Klemm & Golub czapffe@nkglaw.com,
               carlzapffe@aol.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
               the Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2004-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series SPMD 2004-B under t dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for Deutsche Bank National Trust Company, as Trustee of the Home Equity Mortgage Loan
               Asset-Backed Trust Series SPMD 2004-B, Home Equity Mortgage Loa nj_ecf_notices@buckleymadole.com
              Harvey I. Marcus    on behalf of Debtor Sima  Farid him@lawmarcus.com
              Joshua I. Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee of
               the Home Equity Mortgage Loan Asset-Backed Trust Series SPMD 2004-B, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series SPMD 2004-B under t jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 6
```